IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA S. VISTA JUANILLO,<br><br>     Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br><br>     Defendant.<br>_____/ | No. C 15-04067 JSW<br><br>**ORDER RE CONSENT** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). Defendant has filed consent to appear before a Magistrate Judge. Accordingly, Plaintiff is hereby DIRECTED to advise the Court, no later than November 20, 2015, as to whether she consents to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: November 9, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.

Case 3:15-cv-04067-EDL   Document 9   Filed 11/09/15   Page 2 of 2