**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   ANGELA S. VISTA JUANILLO,                    No. C 15-04067 JSW
10                  Plaintiff,
11      v.                                        **ORDER REFERRING CASE TO**
                                                  **MAGISTRATE JUDGE LAPORTE FOR**
12   CAROLYN W. COLVIN,                           **ALL PURPOSES**
13                  Defendant.
                                         /
14
15          Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is
16   HEREBY REFERRED to Magistrate Judge Laporte for all further proceedings, including trial and
17   entry of a final judgment.
18          **IT IS SO ORDERED.**
19   Dated:   November 24, 2015                   _____
20                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
21
22
23
24
25   cc: Magistrate Judge Referral Clerk
26
27
28